■ In the Matter of RICHARD F. FIELDING, Appellant, v INDEX FUTURES GROUP, INC., Respondent.—Appeal from an order and judgment (one paper) of the Supreme Court, New York County, entered on March 7, 1988, which appeal was heard by the Court on February 2, 1989, is marked "off the

calendar," subject to a motion for its restoration thereto. No opinion. Concur—Rosenberger, J. P., Wallach, Ross, Asch and Smith, JJ.